FILED

2004 MAY 13 A 11: 23

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| Bailey | : | United States District Court |
| Vs | : | u.s. courthouse |
| Dr. Silvis, ET AL | : | Docket No. 3:00cv2385(RNC) |

Motion by Plaintiff To Join Additional Party Defendant, and File Supplemental Complaint.

Plaintiff in his Pro Se capacity move this court, for an order pursuant to rules 19, 20, & 21 - of the Federal Rules of Civil Procedure to add a party defendant in this cause, and directing service of process upon him, Dr. Blanchette, Edward, of MacDougall Correctional Inst Medical Center.

Plaintiff in addition, request the honorable court for entry of an order pursuant to rule 15(d) of the Federal Rules of Civil Procedure permitting a supplemental complaint setting forth certain events that have occurred since the filing of the original complaint; in support of this motion, plaintiff's state as follows:

Plaintiff makes this complaint on the basic that, while awaiting on the court to appoint an attorney to assist him in his lawsuit, and to commence the process in the hearing of said suit, for plaointiff injured knee, which was cause by medical negligence from their triage medical staffs at M.C.I medical center; this is stated in the original complaint. Because of the serverity of this chronic and excruciating pain in plaintiff injured knee, which is getrting worse, and unbearable, causing Mr. Bailey, to request a **cane & knee brace** to esae the pressure on his knee.

However, these temporary equipments doesn't better the excruciating pain plaintiff is feeling in his knee; for this reason, plaintiff, submitted several requests to Dr. Silvis, making mention the condition his knee is in..

Next, Dr. Silvis, also had submitted an application to the Utilization Review Committee (URC) requesting the committee to approve plaintiff's application to meet with the orthopedic at UConn Health Center.

So, on the 7/14/2003, plaintiff wrote Dr. Silvis, inquiring what were the decision from the (URC); his reply was that, " **the Utilization Review Committee** had **denied plaintiff request to consult with the orthopedic** at UConn Health Center".

In fact, plaintiff wrote to Mr. Furey, on the 12/1/2003-who is the Health Services Administrator (HSA) inquiring on the status quo from the (URC) decision; because Dr. Silvis, had made another attempt to reintroduce the application to the (URC) for their consideration.

However, on the 12/15/2003, plaintiff submitted a missive to Mr. Furey, inquiring again, the status on the URC-decision; he then sent plaintiff a copy of the orthopedic report from plaintiff **first visit**, where it states that,"orthopedic indicate ortho evaluation found **patella femoral injured, strain with MRI supporting this Dx.**

**Plaintiff would like to point out at this juncture, from all plaintiff's repeated** requests and applications, he was denied medical attention and theraputic remedy, and without any medication to ease the pain from his injured knee.

Thus, plaintiff, had written to Dr. Blanchette, requesting him for his intervention on the 12/12/2003 - to lobbied with the Utilizaztion Review Committee on plaintiff's behalf; instead, Dr. Edward Blanchette, did **not meet with the (URC) board**, but uphold the decision of the Utilization Review Committee.

For this reasons, plaintiff had to grieve Dr. Blanchette, in a medical grievance, as he was the last person in the M.C.I, medical chain in command, and one who **sits on the Utilization Review Committee board**, and who is also medical indifference in denying plaintiff adequate medical care.

Moreover, he also was aware that the excercise they recomend was not healing the injured knee. Wherefore, plaintiff rely on rule 21, of the Federal Rules procedure which provides in relevant part, that parties may be added by order of the court on motion of any party at any stage of the action and such terms as are just. Therefore, plaintiff hereby seek and request the honorable court to add Dr. Edward Blanchette, onto the suit for all the reasons as that are in the original suit.

Plaintiff, further cite rule 15(d) of the Federal Rules procedure which provides in relevant part, that upon of a party the court may permit the party to serve a supplemental pleading setting forth events that happen since the date of the pleading sought to be supplemented.

Attached, and made a part of this motion, is a copy of the supplemental complaint proposed to file if this motion is granted. Also, attach to this complaint are copies and statements with correspondent requests.

In point of fact, medical grievance was filed 3/1/2004, and was assigned IGP No.137-04-057, this disposition of medical grievance IGP No.137-04-057- resulting in disposition (compromise) that falls within the exception to the mootress rule which permits judicial review when the dispute is "capable of repetition", yet evading...

Date 4/25/2004

Glen Bailey-Pro Se
MacDougall C. I.
1153 East Street So.
Suffield, Ct 06080

## O R D E R

The foregoing motion beign heard, it is hereby ordered:

Granted   ( )          Denied   ( )


Date_____

                                                                                Judge  /  Clerk

CERTIFICATION

I certify that a copy of the foregoing was sent postage prepaid this 25th day of April, 2004, to


Matthew B. Beizer
Assistance Attorney General
110 Sherman Street
Hartford, Ct 06105




*[signature]*
Glen Bailey
MacDougall C.I.
1153 East Street So.
Suffield, Ct 06080



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL  I 1-21   DATE 1/5/2004
INMATE NAME  Bailey   NUMBER 221640
REQUEST  Dr. Silvis, T.

Because of the Occasional Pressure on my injured knee. There is a "swelling" ontop the "KneeCap". Maybe for This reason, I am having cramps in leg. I am Requesting you Take a look!. For Dr. Blanchard, has not yet respond to me with the decision from the U.R.C.

Bailey

(CONTINUE ON BACK PAGE IF NECESSARY)

PREVIOUS ACTIONS TAKEN _____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO _____   DATE RECEIVED _____
ACTED ON BY _____
ACTION TAKEN AND/OR RESPONSE _____

(CONTINUE ON BACK PAGE IF NECESSARY)

DATE OF RESPONSE TO INMATE _____
SIGNATURE OF STAFF MEMBER _____

(REVISED 6/2001)

# CONNECTICUT DEPARTMENT OF CORRECTION
## UTILIZATION REVIEW APPEAL

DATE:            February 10, 2004

Inmate Name:     BAILEY, GLENN
Inmate Number:   # 221640                                    DOB: 8/6/54

---

This 49 year-old black man is appealing the URC decision dated 7/22/03 regarding persistent left knee pain and a request for a second orthopedic surgery consultation (second opinion).

The patient was seen at the UCHC Orthopedic Clinic on 8/24/01. Apparently the patient dated his problems when he fell from the top bunk (not documented), injuring his left knee. Physical findings showed no effusion, some quadriceps atrophy but a stable left knee joint, mild patellofemoral crepitus, and tight hamstrings. Plain x-rays of the left knee performed both in prison and at UCHC demonstrated a maintained joint space without significant degenerative changes. The patient also had an MRI of the left knee performed on 10/2/02 clearly demonstrating that all major ligaments were intact (ACL, LCL, MCL) as were the major tendons. The only finding, not terribly remarkable, was minimal thinning of the cartilaginous coverings of the patella. The patient does have a cane pass which he has used consistently for the last few years.

**DECISION:**

I must uphold the URC decision of 7/22/03 and deny the request for a second opinion from an Orthopedic Consultant. In my opinion, the patient has had a thorough evaluation for his complaints, including an MRI of the left knee that showed minimal findings. There is no controversy regarding the diagnosis in this case (patella joint syndrome/patellofemoral syndrome) and the patient is clearly not a surgical candidate. He should be treated in a conservative fashion as advised by the UCONN orthopedic consultant and as is being done by the present DOC physicians.


Edward A. Blanchette, MD
CT DOC Clinical Director

*[signature]*

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

To: ↓

HOUSING/UNIT/CELL: I 1-21
INMATE NAME: Bailey
REQUEST: Dr. Silvis; T

DATE: 2/20/04
NUMBER: 221640

I had told "You" the ineffectiveness Ibuprofen have, in easing the chronic pain in my injured knee - You had recommended "Cane & Brace". However, pain still exists. Moreover, these medical equipments are only supporting me from falling. Therefore, I'm suggesting you look into other choices of pain reliever, such as: "Codeine or Oxycodone" along with an "hinged brace" for my knee. Your keen sense in understanding is Respected... (2) Suggestive Question: Can the Codeine or Oxycodone Substitute for Ibuprofen am taking, for the injury to my lower spine? - Besides, pain that occurring in my chest lately; could it cause from continuous taking (over a four-4 yrs period)

Cc: file

(CONTINUE ON BACK-PAGE IF NECESSARY) OVER →

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _____ **DATE RECEIVED** _____
**ACTED ON BY** _____
**ACTION TAKEN AND/OR RESPONSE** _____

You are tentatively scheduled to see the doctor in ~~April~~ March.

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** 2-25-04
**SIGNATURE OF STAFF MEMBER** B Boucher RN

(REVISED 6/2001)

Dr. Blanchette, says, " Physical findings show no effusion, some quadriceps atrophy (which was the cause to the contractness in my knee that's lead to the fall)...but a stable knee joint, mild Patello-femoral Crepitus, and tight hamstring"....You will find Dr. Blanchette, is playing with medical terms, and dont care about the importance and effect in placing there meanings. For example, January 2004, sick-call nurse diagnose there is effusion in my knee, the doctor is saying now!, "Physical findings show no effusion". So. if there are no effusion, it must be or can be <u>blood</u> that cause the swelling!, that's why I need the expertise knowledge of the orthopedic, which am being denied...

In fact, 8/20/2000-when I had fell from the Top Bunk Ladder, due to the lack of medical attention, and the tardiness to my plead in many requests, on the intensive pain in my knee, which were documented before and after the fall; this!, also led and contribute to the fall when my quadriceps atrophy pain was ignored, so when I fell I hit the knee hard on the toilet and basin, causing the "<u>Medial Collateral Ligament</u>"(MCL) to damage; along with the Patellofemoral Crepitus, which give my knee a crackling sound when I excercise, also a severe pain surrounding the meniscus.

Then I solicited Dr. Blanchette, to appeal to the URC-board decision of denial for me, and to acquire better diagnostic on the condition in my knee, and dont rely on opinion. But instead, he had uphold the <u>URC decision</u> to deny me medical treatment and attention, without even consulted with the URC-board.

As a result, for waiting so long for the MRI, and other test; other

diseases might of grown over and between the injured Patella and meniscus....

*Attchment from Grievance 3-1-04*



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: Bailey Glen                Inmate no. 221640

Facility: MacDougall C. I.    Housing unit: I1-21    Date: 3/1/04

☐ Line grievance   ☐ Line emergency   ☒ Health grievance   ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. -This is a follow up documented medical issue from 8/20/2000 on my injured knee, from a slip and fall, that is on file in the record archive of the M.C.I, Medical center...

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.) -On 12/12/03 I had appeal to Dr.Blanchette,E.To solicit the URC board for me,because of the URC-denying me from seeking proper medical treatment for my injured knee at UCHC. His response dated 2/24/04.If I didn't ask mr.Furey,consistently for his reply, I would not have gotten any.However,Dr.Blanchette,reply,"Apparently patient dated his problem when he fell from the Top-Bunk(not documents injuring his left knee".Besides,his statement is mendacious, and offensive and tasteless, for if you view the record carefully, the problem were documented, and there's never a fall without an injury.-The other hand,...see attach...

3. Action requested. Describe what action you want taken to remedy the grievance. I need the URC-board to "approve my application" to see the orthopedic,and to varify the swelling the nurse observed what looked to him as "effusion";also to confirm what looks like effusion,isn't blood!-to treat my injured "Patella and meniscus, and to administer therapy ascordingly to the quadriceps atrophy...

Inmate signature: [signature]

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. M137-04-657          T no.

Date received: 3/9/04   Disposition: Denied   Date of disposition: 3/9/04

Grievance issue: Knee Px / Flu ortho.

Reasons: Denied due to Exhaustion grievance level A.

Level B form comes

Level-1 reviewer: [signature]

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM



TO: Dr. Silvis, T.

HOUSING/UNIT/CELL **I 1-21**  DATE **1-26-004**
INMATE NAME **Bailey**   NUMBER **221640**
REQUEST **Dr. Silvis, T. (MD)**
Am in a Terrible Pain around the "Knee Cap".
Is there something you can do pertaining my
injury knee? Until I hear from Dr. Blanchette, D.
with URC! Further, in the mornings sometimes
I cannot walk to get my insulin because of the
severe pain in my knee.
Please help!...

cc: Copy                    (CONTINUE ON BACK PAGE IF NECESSARY)
                                                        *Bailey* (signature)

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _____   **DATE RECEIVED** _____
**ACTED ON BY** _____
**ACTION TAKEN AND/OR RESPONSE** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** _____
**SIGNATURE OF STAFF MEMBER** _____

(REVISED 6/2001)

# Inmate Grievance Form B, Levels 2 and 3
**Connecticut Department of Correction**

CN 9601/2
Rev. 10/07/02

| Inmate Name | Bailey, G. | | Inmate no. | 221640 |
|---|---|---|---|---|
| Facility | MacDougall C.I. | Housing unit I 1- 21 | Date | 3/9/2004 |

☐ Line grievance ☐ Line emergency ☒ Health grievance ☐ Health emergency

IGP no. M131-04-057        T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal. I am appealing the Level 1 decision because:** I really obtain an injury to my knee, URC & Dr. Blanchette, keep denying me Orthopedic treatment-&-therapy to my Meniscu Patella, and quadriceps; which was in a state of atrophy before the injured knee and still after the injury. am asking that my application for Orthopedic evalua- tion be approve. there/is effusion or blood.

Inmate signature /s/        Date 3/9/2004

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | 3-18-04 | Disposition | D | Date of disposition | 3-18-04 |
|---|---|---|---|---|---|

**Reasons:** This was already referred to Dr. Blanchette, who concurred with the denial by UR.

Level 2 reviewer /s/ Richard

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal. I am appealing the Level 2 decision because:**

Inmate signature        Date

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level 3 reviewer

*Please Forward Request to Dr.*



# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

*Silvis*

HOUSING/UNIT/CELL **I 1-21**  DATE **7/14/2003**
INMATE NAME **Bailey**  NUMBER **221640**
REQUEST **Dr. Silvis, T.** (Subject - Injured Knee)
You had given me two weeks, from our last consultation about my injured knee, on what would transpired from meeting with Orthopedics. 6/26/03 - 7/15/03, is two wks. Please comment on the status out come from meeting with the Orthopedics.
Your candid elaberated code is highly respected.
Awaiting favorable reply.

I/M *Bail*

cc: file                      (CONTINUE ON BACK PAGE IF NECESSARY)

**PREVIOUS ACTIONS TAKEN**_____

_____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO**_____ **DATE RECEIVED**_____
**ACTED ON BY**_____
**ACTION TAKEN AND/OR RESPONSE**_____

_____

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE**_____
**SIGNATURE OF STAFF MEMBER**_____

(REVISED 6/2001)

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM



*MACDOUGALL HEALTH SERVICES 2003 AUG 27 A 10:42*

HOUSING/UNIT/CELL **I 1-21**     DATE **8/25/003**
INMATE NAME **Bailey**     NUMBER **221640**
REQUEST **Mr. Furey, R.**  (Subject: Injured Knee)
I am asking you kindly to lobby with the Committee, so they can understand the necessity to have me in therapeutic treatment by the Orthopedist for my injured knee. For January 2004 waiting, is over-bearing with severe pain am feeling. Besides, the Orthopedist "diagnose" there is damage "Tendon" in my Knee; so, why am I not being treated for my injury!?, or they waiting for the knee to be infected spread with inflammation to have my leg amputated? If so be the case, my atty have to be aware of their malpractice intentions towards my injured knee... Your reply is appreciated. (CONTINUE ON BACK PAGE IF NECESSARY) *Ba?/*

**PREVIOUS ACTIONS TAKEN** _____

(CONTINUE ON BACK PAGE IF NECESSARY)

**SUBMITTED TO** _R. Furey_     **DATE RECEIVED** 9-3-03
**ACTED ON BY** _R. Furey_
**ACTION TAKEN AND/OR RESPONSE** _____

I spoke with Dr. Silvis today about your knee. He told me that he did re-submit a request to UR for further testing on your knee. However, he does not think they will do more than tell you to continue to exercise it.
I will let you know the response from UR when I receive it.

(CONTINUE ON BACK PAGE IF NECESSARY)

**DATE OF RESPONSE TO INMATE** 9-3-03
**SIGNATURE OF STAFF MEMBER** _R. Furey_

(REVISED 6/2001)

# MacDougall-Walker Correctional Institution
# INMATE REQUEST FORM

HOUSING/UNIT/CELL **I 1-21**  DATE **12-1-2003**
INMATE NAME **Bailey**  NUMBER **221640**
REQUEST **Richard Furey:**
I am inquiring about the "STATUS QUO" on the Committee's decision for "See the Orthopedic about my injured knee"? You must know I do not enjoy walking with the Cane, without proper treatment or medication. For at time the knee pain me, I cannot walk in the mornings to get my insulin.
Awaiting your candid reply.

*Bailey*

(CONTINUE ON BACK PAGE IF NECESSARY)

PREVIOUS ACTIONS TAKEN _____

(CONTINUE ON BACK PAGE IF NECESSARY)

SUBMITTED TO _____  DATE RECEIVED _____
ACTED ON BY _____
ACTION TAKEN AND/OR RESPONSE _____

(CONTINUE ON BACK PAGE IF NECESSARY)

DATE OF RESPONSE TO INMATE _____
SIGNATURE OF STAFF MEMBER _____

(REVISED 6/2001)

MacDougall - Walker Correctional Institution
INMATE REQUEST FORM

Housing/Unit/Cell **I 1-21**  
Inmate Name **Bailey**  
Request **Dr. Blanchette, (MD)    (subject-Denial of medical care)**  
Date **12/12/2003**  
Number **221640**

    Please be advised that I had and still have an injured left knee which is, due to the lack of medical attention.

    However, my first visit to the orthopedic when he had finished examining the knee - he state in his notation,"if the pain prolong I should get an appointment to see again"; so through the attentive assistance of Dr. Silvis and Mr. Furey, made several recommandations to the <u>Utilization Review Committee</u> for its consideration to approve our request to see the Orthopedic!; - our request was denied.

    Thus, several times thereafter; I had requested Dr. Silvis, to submit another referral and lobby the Utilization Review Committee as soon as it is in session again; because the intensity of this chronic pain is so excruciating, <u>for it is causing my left-side to be numb sometimes.</u>

    Yet, once again; the Utilization Review Committee (URC) has <u>denied me medical care</u> without any <u>immediate medication or medical attention.</u>

    For these reasons, I am <u>appealing to "you"!; for your personal intervention in this ,medical matter,</u> and also <u>lobby</u> the Utilization Review Committee (URC) which would again draw its attention to my medical needs; so that <u>the Board</u> can reconsider <u>its stance,</u> in resenting my plea for medical care to my injured knee. The excercise that was recommended, is agitating the knee, causing it to be worse...

    Hoping to hear fron you soon.

Respectfully Yours;  
Glen Bailey