UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>SILVIS, ET AL.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   CIVIL NO: 3:00CV2385 (RNC)<br>:<br>:<br>:<br>: |

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29, <u>Attorneys Mark M. Porto and James Mahanna, Day Berry and Howard, Cityplace I, 185 Asylum Street, Hartford, CT 06103-3449, Tel: (860) 275-0343</u> are appointed as counsel for the plaintiff, <u>Glen Bailey</u>, in the above-captioned case. Counsel are directed to file a <u>pro bono</u> appearance in this case by no later than June 1, 2004.

    So ordered.

    Dated at Hartford, Connecticut this          day of May 2004.

/s/RNC<br>
Robert N. Chatigny<br>
United States District Judge