UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN BAILEY, | : CASE NO. 3:00CV2385 (RNC) |
| Plaintiff, | : |
| vs. | : |
| | : |
| SILVIS, ET AL., | : |
| Defendant. | : MAY 25, 2004 |

### APPEARANCE

TO:   Clerk of the Court
      United States District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut  06103

Please enter the appearance of the undersigned attorney, James Mahanna, as pro bono counsel in this case for Plaintiff, Glen Bailey.

Dated at Hartford on this 25th day of May, 2004.

        PLAINTIFF,
        GLEN BAILEY


By: _____
    James Mahanna (ct24681)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    mmporto@dbh.com
    Its Attorney


## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 25th day of May, 2004, by regular, first class mail to all counsel and pro se parties as follows:

Matthew B. Beizer, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105


_____
James Mahanna