UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN BAILEY, | : | CASE NO. 3:00CV2385 (RNC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| SILVIS, ET AL., | : | |
| Defendant. | : | JUNE 15, 2004 |

### MOTION TO WITHDRAW MOTION TO JOIN ADDITIONAL PARTY DEFENDANT AND FILE SUPPLEMENTAL COMPLAINT

Plaintiff, Glen Bailey ("Bailey"), respectfully requests that the Court allow Bailey to withdraw, without prejudice to renew, his Motion to Join Additional Party Defendant and File Supplemental Complaint. Bailey states the following in support of this motion.

1. Bailey filed two motions seeking appointment of counsel in this case, dated July 2, 2002 and July 10, 2002.

2. On August 18, 2002, this Court granted Bailey's second motion for appointment of counsel and denied the first as moot.

3. Bailey filed a Motion to Join Additional Party Defendant and File Supplemental Complaint, dated April 25, 2004.

4. Attorneys Mark Porto and James Mahanna, associates at the firm of Day, Berry & Howard LLP, met with Bailey on April 27, 2004 to discuss representing Bailey in the above-

-2-

captioned matter. Bailey did not discuss this motion with Attorneys Porto and Mahanna during this conference.

5. Attorneys Porto and Mahanna did not draft this motion or counsel Bailey in any way with regard to the motion.

6. Attorneys Porto and Mahanna entered Appearances for Bailey, dated May 25, 2004.

7. Defendants filed a Memorandum in Opposition to Motion to Amend Complaint, dated June 7, 2004.

8. Attorneys Porto and Mahanna have conferred with opposing counsel, and the parties are in agreement that any potential additions or removals of parties to the above-captioned matter, as well as any amendments to the operative complaint, should occur following the parties' status conference with the Court, which is currently scheduled for June 28, 2004.

WHEREFORE, Bailey respectfully requests that the Court allow Bailey to withdraw his Motion to Join Additional Party Defendant and File Supplemental Complaint without prejudice to renew this motion.

PLAINTIFF,
GLEN BAILEY

By: _____
    Mark M. Porto (ct24271)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    mmporto@dbh.com
    Its Attorney

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this _____ day of June, 2004, by regular, first class mail to all counsel and pro se parties as follows:

Matthew B. Beizer, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Mark M. Porto