FILED

2004 JUN 16  A 11: 09

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN BAILEY, | | : CASE NO. 3:00CV2385 (RNC) |
| | Plaintiff, | : |
| vs. | | : |
| SILVIS, ET AL., | | : |
| | Defendant. | : JUNE 15, 2004 |

### MOTION TO WITHDRAW MOTION TO JOIN ADDITIONAL PARTY DEFENDANT AND FILE SUPPLEMENTAL COMPLAINT

Plaintiff, Glen Bailey ("Bailey"), respectfully requests that the Court allow Bailey to withdraw, without prejudice to renew, his Motion to Join Additional Party Defendant and File Supplemental Complaint. Bailey states the following in support of this motion.

1. Bailey filed two motions seeking appointment of counsel in this case, dated July 2, 2002 and July 10, 2002.

2. On August 18, 2002, this Court granted Bailey's second motion for appointment of counsel and denied the first as moot.

3. Bailey filed a Motion to Join Additional Party Defendant and File Supplemental Complaint, dated April 25, 2004.

4. Attorneys Mark Porto and James Mahanna, associates at the firm of Day, Berry & Howard LLP, met with Bailey on April 27, 2004 to discuss representing Bailey in the above-