**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GLEN BAILEY | : | NO. 3:00CV2385(RNC) |
| | : | |
| VS. | : | |
| | : | |
| DR. SILVIS, ET AL. | : | JUNE 23, 2004 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

Please enter my Appearance as counsel for all defendants, in addition to the Appearance already on file in regards to the above-captioned case.

Dated at Hartford, Connecticut, this 23rd day of June, 2004.

DEFENDANTS
Dr. Silvis, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 23rd day of June, 2004:

Mark M. Porto, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499

Matthew B. Beizer
Assistant Attorney General
Office of the Attorney General
Public Safety Department
110 Sherman Street
Hartford, CT  06105

                                                  /s/_____
                                                  Neil Parille
                                                  Assistant Attorney General