*held
10 min.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONE CONFERENCE CALENDAR

HONORABLE ROBERT N. CHATIGNY, U.S.D.J.
450 Main Street
Hartford

PLAINTIFF'S COUNSEL MUST INITIATE CALL
CHAMBERS TELEPHONE NUMBER (860) 240-3695

June 28, 2004

10:00 A.M.

CASE NO. 3:00CV2385(RNC)    Bailey v. Silvis, et al.,

✓ Neil Parille
Matthew B. Beizer
Attorney General's Office
MacKenzie Hall
110 Sherman St.
Hartford, CT 06105-2294

✓ Mark M. Porto
✓ James Mahanna
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK