UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN BAILEY, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:00CV2385(RNC) |
| DR. SILVAS, ET AL., | : |
| Defendants. | : |

<u>SCHEDULING ORDER</u>

Pursuant to a Pretrial Conference held on **June 28, 2004**, it is hereby ordered:

1. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, will be completed on or before **December 31, 2004.**

2. Motions to join additional parties, motions to withdraw against current parties, and motions to amend the complaint will be filed on or before **September 30, 2004.**

3. A settlement conference will be held in **October 2004.**

4. Motions for Summary Judgment will be filed **within 30 days** of the settlement conference. And

5. A joint trial memorandum in the form described in the attached addendum will be filed on or before **January 31, 2005.** Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.

6.   The case will be placed on the trial ready list for **February 2005.**

So ordered.

Dated at Hartford, Connecticut this ____ day of June 2004.


                                                 /s/RNC
                                     Robert N. Chatigny
                              United States District Judge