**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **GLEN BAILEY** ) | Civil Action No. 3:00CV2385 (RNC) (DFM) |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **DR. SILVAS, ET AL.** ) | |
| ) | |
| Defendants. ) | |
| ) | September 28, 2004 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7(b), Plaintiff, Glen Bailey ("Bailey"), respectfully moves for an extension of time of 30 days, up to and including October 30, 2004 in which to file motions to join additional parties, motions to withdraw current parties, and motions to amend the complaint. This extension is necessary because Bailey needs additional time to review Defendants' interrogatory responses and document production, as well as to obtain additional relevant documents currently in the possession of the MacDougall-Walker Correctional Institution.[1]

Bailey states the following in support of this motion.

1.  On July 14, 2004, Bailey served interrogatories and requests for production on all Defendants. On September 14, 2004, Defendants provided responses for Defendant, Dr. Silvas, which responses Defendants maintain provide the same information as would be provided by the other Defendants.

---

[1] Plaintiff's counsel has been informed that plaintiff's medical records and master file will be available on October 8, 2004. Plaintiff reserves the right to seek additional extensions if records are not available on or about that date.

**ORAL ARGUMENT NOT REQUESTED**

2. The parties are working together regarding additional and supplemental interrogatory responses and additional document production. In addition, due to the regulations followed by the MacDougall-Walker Correctional Institution, Bailey has yet to receive his medical records or master file.

3. Based on the foregoing, Bailey needs additional time to secure the information noted above.

4. Bailey cannot assess the need to withdraw parties, add parties, or amend the Complaint until he has obtained and reviewed the foregoing information.

5. Defendants' attorney, Matthew Beizer of the Office of the Attorney General, has consented to this request. This is Bailey's first request for an extension of time with respect to the foregoing.

PLAINTIFF,
GLEN BAILEY


By: _____
Mark M. Porto (ct#24271)
James Mahanna (ct#24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 (phone)
(860) 275-0343 (fax)
mmporto@dbh.com
jmahanna@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 28th day of September 2004, by regular, first class mail to all counsel and pro se parties as follows:

Matthew B. Beizer, Esq.
Neil Parille, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

$\overline{\hspace{6cm}}$
James Mahanna