IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN BAILEY | ) Civil Action No. 3:00CV2385 (RNC) (AFM) |
| Plaintiff | ) |
| v. | ) |
| DR. SILVAS, ET AL. | ) |
| Defendants. | ) |
| | ) September 28, 2004 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7(b), Plaintiff, Glen Bailey ("Bailey"), respectfully moves for an extension of time of 30 days, up to and including October 30, 2004 in which to file motions to join additional parties, motions to withdraw current parties, and motions to amend the complaint. This extension is necessary because Bailey needs additional time to review Defendants' interrogatory responses and document production, as well as to obtain additional relevant documents currently in the possession of the MacDougall-Walker Correctional Institution.[1]

Bailey states the following in support of this motion.

1.   On July 14, 2004, Bailey served interrogatories and requests for production on all Defendants. On September 14, 2004, Defendants provided responses for Defendant, Dr. Silvas, which responses Defendants maintain provide the same information as would be provided by the other Defendants.

---

[1] Plaintiff's counsel has been informed that plaintiff's medical records and master file will be available on October 8, 2004. Plaintiff reserves the right to seek additional extensions if records are not available on or about that date.

**ORAL ARGUMENT NOT REQUESTED**