**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GLEN BAILEY | : | CIVIL NO. 3:00CV2385 (RNC)(DFM) |
| v. | : | |
| DR. SILVIS, ET AL. | : | NOVEMBER 18, 2004 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

     Pursuant to F.R.C.P. 6(b) and Local Rule of Civil Procedure 7(b), the defendants respectfully move for an extension of time (or a clarification of the Court's current Scheduling Order) for the filing of their motion for summary judgment. In support thereof, the defendants submit as follows:

     1.    By Scheduling Order dated June 28, 2004, it was ordered that a settlement conference would be held in October, 2004 and that motions for summary judgment be filed within 30 days of the settlement conference.

     2.    It was also ordered that discovery be completed by December 31, 2004.

     3.    The parties are currently engaged in discovery.

     4.    The settlement conference has not been held, or scheduled.

     5.    The defendants intend to file a motion for summary judgment and contend that all of the defendants should be dismissed from this case as a matter of law.

     6.    Plaintiff's attorney, James Mahanna, has consented to this request.

     7.    This is the defendants' first request for an extension of time with respect to the foregoing.

WHEREFORE, the defendants respectfully request the Court to extend the period of time for filing their Motion for Summary Judgment to sixty (60) days from the conclusion of discovery, or March 1, 2004.

        DEFENDANTS
        Dr. Silvis, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____/s/_____
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail:  matthew.beizer@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of November, 2004:

James Mahanna, Esq.
Mark M. Porto, Esq.
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3499

        _____/s/_____
        Matthew B. Beizer
        Assistant Attorney General