# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GLEN BAILEY            :       CIVIL NO. 3:00CV2385(RNC)(DFM)

      v.                 :

DR. SILVIS, ET AL.        :       NOVEMBER 18, 2004

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to F.R.C.P. 6(b) and Local Rule of Civil Procedure 7(b), the defendants respectfully move for an extension of time (or a clarification of the Court's current Scheduling Order) for the filing of their motion for summary judgment. In support thereof, the defendants submit as follows:

1.     By Scheduling Order dated June 28, 2004, it was ordered that a settlement conference would be held in October, 2004 and that motions for summary judgment be filed within 30 days of the settlement conference.

2.     It was also ordered that discovery be completed by December 31, 2004.

3.     The parties are currently engaged in discovery.

4.     The settlement conference has not been held, or scheduled.

**November 24, 2004.**    <u>Bailey v. Dr. Silvas</u>
                    3:00CV2385 (RNC)

Re: Defendants' Motion for Extension of Time on Consent (Doc. # 42).

Granted in part. Defendants may file a motion for summary judgment on or before December 13, 2004; plaintiff may file a response on or before January 3, 2005. If the motion is denied, jury selection will take place on February 8, 2005, at 9:30. If a settlement conference is desired, counsel are urged to contact Magistrate Judge Martinez. Given the age of this case -- it will soon be 5 years old -- the dates established by this order will not be extended. So ordered.

                            _____
                            Robert N. Chatigny  U.S.D.J.