UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 P 2: 51
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| GLEN BAILEY, | | : CASE NO. 3:00CV2385 (RNC) |
| | Plaintiff, | : |
| vs. | | : |
| | | : |
| SILVIS, ET AL., | | : |
| | Defendant. | : OCTOBER 29, 2004 |

### MOTION TO AMEND COMPLAINT ON CONSENT

Pursuant to Fed. R. Civ. Proc. 15(a), Plaintiff, Glen Bailey (Bailey) respectfully moves for permission to amend his Civil Rights Complaint, filed December 13, 2000, so as not to limit his claims for punitive and compensatory damages to an amount less than that to which he may be entitled.

Bailey requests that his Civil Rights Complaint, Section G. Request For Relief be amended as follows:

> I request the following relief:
>
> **Was:** In the Sum of $50,000 Each defendant and their Individual and Official Capacity for "punitive damages."
>
> (2) In Compensatory Damages $50,000 Needed; to "Knee Cap" to Be Made Whole aGain, and will take Constant Therapy; Consequently, due to the Fall From the Top Bunk Bed.

---

December 6, 2004.    Bailey v. Dr. Silvis
                     3:00CV02385 (RNC)

Re: Motion to Amend Complaint on Consent (Doc. # 41).
Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 DEC -7 A 11:33 U.S. DISTRICT COURT HARTFORD, CT