IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **GLEN BAILEY** ) | Civil Action No. 300CV2385 (RNC)(DFM) |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **DR. SILVIS, ET AL.** ) | |
| ) | |
| Defendants. ) | |
| ) | DECEMBER 3, 2004 |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER, OR, IN THE ALTERNATIVE, FOR STATUS CONFERENCE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7(b), Plaintiff, Glen Bailey ("Bailey"), and Defendants, Dr. Silvis, Nurse Cindy, Nurse Russ, Cleveland, CO Dadalt, Elaine Lukas, and Warden Strange (collectively, "Silvis") respectfully move this Court for a modification of the Scheduling Order, or, in the alternative, for a status conference with the Court. This modification is necessary because the parties need additional time to complete discovery and, in turn, Silvis needs time to prepare summary judgment papers.

The parties state the following in support of this motion.

**I.    DISCOVERY.**

1. Approximately six months ago, on May 21, 2004, this Court appointed Mark Porto and James Mahanna of Day, Berry & Howard, LLP as pro bono counsel for Bailey.

2. On June 30, 2004 this Court entered a Scheduling Order for the case. (Scheduling Order attached hereto as Exhibit A.) Pursuant to the Scheduling Order, discovery is to be completed on or before December 31, 2004.

3. On July 14, 2004, Bailey served interrogatories and requests for production on all Defendants. On September 14, 2004, Defendants provided responses to Bailey's interrogatories.

**ORAL ARGUMENT NOT REQUESTED**

*[Handwritten margin notes: "1/7/05 denied as moot in view of reported settlement"]*

*[Stamp: FILED 2005 JAN 10 A 8:11 U.S. DISTRICT COURT HARTFORD, CT]*