UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN BAILEY | : | CIVIL NO. 3:00CV2385 (RNC)(DFM) |
| v. | : | |
| DR. SILVIS, ET AL. | : | JANUARY 4, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

PLAINTIFF
Glen Bailey

BY: _____
Mark M. Porto (ct#24271)
James Mahanna (ct#24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
(860) 275-0100 (phone)
(860) 275-0343 (fax)
mmporto@dbh.com
jmahanna@dbh.com

DEFENDANTS
Warden Strange, Dr. Timothy Silvis, Lieutenant Cleveland, Correctional Officer Dadalt, Correctional Nurse Cindy Stawiarski, Correctional Nurse Elaine Lukas and Correctional Medic Russ Schuetz

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of January, 2005:

James Mahanna, Esq.
Mark M. Porto, Esq.
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3499

_____
Matthew B. Beizer
Assistant Attorney General