Via email

48

FILED
2005 MAR 10 A 9:42
U.S. DISTRICT COURT
HARTFORD, CT.

Robert N. Chatigny, U.S.D.J.

March 11, 2005. Approved. So ordered.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN BAILEY | : | CIVIL NO. 3:00CV2385 (RNC)(DFM) |
| v. | : | |
| DR. SILVIS, ET AL. | : | JANUARY 4, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

FILED
2005 MAR 14 A 9:14
U.S. DISTRICT COURT
HARTFORD, CT.

PLAINTIFF
Glen Bailey

BY: _____
Mark M. Porto (ct#24271)
James Mahanna (ct#24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 (phone)
(860) 275-0343 (fax)
mmporto@dbh.com
jmahanna@dbh.com